UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20721-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**O R D E R**

ROBERT GOLAN HILTON-THOMAS,

    Defendant.
_____/

THIS MATTER is before the Court upon Defendant Robert Golan Hilton-Thomas's Motion To Dismiss Count Two Of The Indictment (DE 33).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

On August 5, 2008, Defendant Robert Golan Hilton-Thomas was indicted for violating 8 U.S.C. § 1326, unlawfully reentering the United States after having previously been deported.  On December 2, 2008, the grand jury returned a Superceding Indictment (DE 24) adding a second count.  Count 2 of the Superceding Indictment charges Defendant with failing to register after having previously been convicted of a sex offense, in violation of 18 U.S.C. § 2250.  By the instant Motion (DE 33), Defendant moves to dismiss Count 2.

The Court has previously considered the arguments raised by the instant Motion.  In United States v. Myers, Case No. 08-60064-CR-Zloch, the defendant was charged in a one-count indictment with violating § 2250.  He filed a motion to dismiss that is echoed by the instant Motion (DE 33).  For the reasons expressed in the Final

Order of Dismissal entered therein, DE 24 of Case No. 08-60064-CR-Zloch, ___ F. Supp. 2d ___, 2008 WL 5156671 (S.D. Fla. 2008), the Court finds that § 2250 is unconstitutional.  Therefore, Count 2 of the Superceding Indictment (DE 24) must be dismissed.  In re Civil Rights Cases, 109 U.S. 3, 8-9 (1883) ("It is obvious that the primary and important question in all the cases is the constitutionality of the law; for if the law is unconstitutional none of the prosecutions can stand.").

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant Robert Golan Hilton-Thomas's Motion To Dismiss Count Two Of The Indictment (DE 33) be and the same is hereby **GRANTED**; and

2. Count 2 of the Superceding Indictment (DE 24) be and the same is hereby **DISMISSED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___13th___ day of January, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel Of Record

2